# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jerry James Kirk

Plaintiff

v.

Lou Stender, Warden

Defendants

Case No. Civil 00-2387 DWF/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that petitioner's application for leave to proceed in forma pauperis is denied. Petitioner's application for writ of habeas corpus is dismissed with prejudice.

DATE: November 27, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

6